# Frankfurt Kurnit Klein + Selz PC

Andrew J. Ungberg

488 Madison Avenue, New York, New York 10022

T (212) 705 4868     F (347) 438 2195

aungberg@fkks.com

November 11, 2014

VIA ECF AND FAX

Hon. Naomi Reice Buchwald
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 21A
500 Pearl Street
New York, NY 10007-1312
Fax: (212) 805-7927

RE:   *Cache, Inc. v. One Rockwell Corp.*, Index No. 14-cv-8862

Dear Judge Buchwald:

    This firm represents Defendant One Rockwell Corp. ("One Rockwell") in the above-captioned matter. We write pursuant to your Honor's individual practices to request an extension of One Rockwell's time to answer or otherwise move in response to Plaintiff Cache, Inc.'s ("Cache") complaint through and including November 25, 2014.

    Cache originally filed this action in New York Supreme Court, No. 653062/2014, and served One Rockwell by delivering a copy of the summons and complaint to the New York Secretary of State on October 8, 2014. One Rockwell timely removed the action to this Court by filing its Notice of Removal on November 6, 2014. The last day for One Rockwell to answer or move is therefore November 13, 2014. *See* Fed. R. Civ. P. 81(c)(2)(C).

    This is One Rockwell's first request for additional time and is made with the consent of opposing counsel. A stipulation reflecting the parties' agreement is attached hereto as Exhibit A.

Hon. Naomi Reice Buchwald
Nov. 11, 2014
Page **2** of **2**

      Based on the foregoing, One Rockwell respectfully requests that this Court grants its request to extend its time to respond to the complaint in this action.

                                                Respectfully Submitted,

                                                Andrew J. Ungberg
                                                Brian E. Maas
                                                *Attorneys for Defendant*
                                                *One Rockwell Corp.*

Enclosure

cc:  Donna E. Edbril, Esq. (via first-class mail)
      *Attorney for Plaintiff Cache, Inc.*

**EXHIBIT A**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CACHE, INC., a Delaware corporation, Plaintiff, -against- ONE ROCKWELL CORP., a Florida corporation Defendant. | Index No. 14-cv-8862 STIPULATION |

The undersigned counsel for Plaintiff Cache, Inc. and Defendant One Rockwell Corp. hereby stipulate and agree that Defendant's time to answer or otherwise move in response to Plaintiff's complaint is hereby extended through and including November 25, 2014.

Dated: Nov. 11, 2014

CACHE, INC.

By: *[signature]*
Donna E. Edbril
256 West 38th Street
New York, NY 10018
Tel: (212) 789-1333
*Attorney for Plaintiff Cache, Inc.*

Dated: Nov. 11, 2014

FRANKFURT KURNIT KLEIN & SELZ, PC

By: *[signature]*
Brian E. Maas
Andrew J. Ungberg
488 Madison Ave
New York, NY 10022
Tel: (212) 980-0120
Fax: (212) 593-9175
*Attorneys for Defendant One Rockwell Corp.*

**SO ORDERED.**

_____
HON. BUCHWALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CACHE, INC.,<br>    a Delaware corporation,<br><br>                  Plaintiff,<br><br>-against-<br><br>ONE ROCKWELL CORP.,<br>    a Florida corporation<br><br>                  Defendant. | Index No. 14-cv-8862<br><br>**AFFIRMATION OF SERVICE** |

      I, ANDREW J. UNGBERG, declare under the penalty of perjury that on November 11, 2014, I served a copy of the attached document, Defendant One Rockwell Corp.'s letter application for extension of time to answer or move in response to the complaint filed in this action, upon the Plaintiff via first-class mail to the following address:

    Donna E. Edbril, Esq.
    256 West 38th Street
    New York, NY 10018
    Tel: (212) 789-1333
    *Attorney for Plaintiff Cache, Inc.*

Dated: November 11, 2014
       New York, NY

                                      Andrew J. Ungberg
                                      FRANKFURT KURNIT KLEIN & SELZ, P.C.
                                      488 Madison Ave
                                      New York, NY 10022
                                      Tel: (212) 980-0120
                                      Fax: (212) 593-9175
                                      aungberg@fkks.com