UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CACHE, INC., a Delaware corporation,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:　　Index No. 14-cv-8862
　　　　　　　Plaintiff,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**AFFIDAVIT OF SERVICE**
　　　　　　-against-　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
ONE ROCKWELL CORP., a Florida　　　　　　　:
corporation,　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.　　　　　　　　　　　　　:
------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　　　:
AND RELATED COUNTERCLAIMS　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------X

　　　　I, ANDREW J. UNGBERG, declare under the penalty of perjury that on November 25, 2014, I caused a copy of the attached document, **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES, COUNTERCLAIMS AND JURY DEMAND**, to be served upon the Plaintiff Cache, Inc. via overnight courier to the following address:

　　　　Donna E. Edbril, Esq.
　　　　256 West 38th Street
　　　　New York NY
　　　　Tel: (212) 789-1333
　　　　*Attorney for Plaintiff Cache, Inc.*

Dated: November 25, 2014
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Ungberg
　　　　　　　　　　　　　　　　　　　　　　　　FRANKFURT KURNIT KLEIN & SELZ PC
　　　　　　　　　　　　　　　　　　　　　　　　488 Madison Ave, 10th Fl.
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 980-0120
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 593-9175
　　　　　　　　　　　　　　　　　　　　　　　　aungberg@fkks.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant One Rockwell Corp.*